### ROBERT E. HESS, JR. v. ELIZABETH E. HESS

35 So. (2nd) 15                          January Term, 1948

April 20, 1948                         Special Division B

PER CURIAM:

Affirmed.

### JEANETTE STOREY, et al., v. FORT PIERCE GROWERS ASSOCIATION, et al.

35 So. (2nd) 224                   January Term, 1948

April 23, 1948                         Special Division B

PER CURIAM:

Affirmed.

### GEORGE C. WHITE, F. M. TOWNSEND and RICHARD WARREN, as Executors of the Last Will and Testament of J. W. Townsend, deceased v. L. L. FOLSOM.

35 So. (2nd) 653                   January Term, 1948

April 27, 1948                          Division A

Rehearing denied May 29, 1948

PER CURIAM:

Affirmed.

### GIOVANNI RAMANO and ROSE RAMANO, joined by her husband, GIOVANNI ROMANO, for the purpose of this suit, v. GEORGE S. WITMER and BELLE S. WITMER, joined by her husband, GEORGE S. WITMER, for the purpose of this suit.

35 So. (2nd) 653                   January Term, 1948

April 27, 1948                          Division A

Rehearing denied May 29, 1948

PER CURIAM:

Affirmed.

### ELEANOR BRESNAHAN v. MIAMI GARDENS, INC., a Florida corporation, CHARLES H. MOYER and COL. KEN MOYER.

35 So. (2nd) 412                   January Term, 1948

April 23, 1948                          Division A

PER CURIAM:

Affirmed.

### MAMIE LARKIN STAPLETON v. SAMUEL F. STAPLETON

35 So. (2nd) 412                   January Term, 1948

April 23, 1948                         Special Division B

PER CURIAM:

Affirmed.